IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HAGMAN'S, INC., | ) | Case No. 97-61684-S-7-ABF |
| | ) | |
| Debtor(s). | ) | |

**MOTION FOR ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY**

COMES NOW Dan Nelson, Trustee in Bankruptcy, and moves the Court for an Order to deposit funds into the Court Registry as follows:

1. It appears that there is on deposit in Bank of America to the credit of the above-captioned estate, the sum of $2,099.99, which is the sum of two (2) checks to be paid to unsecured creditors from the final distribution of said cause as follows:

| Claim No. | Creditor/Address | Total to be Paid |
|---|---|---|
| 00029 | General Cigar Co., Inc.<br>320 W. Newberry Road<br>Bloomfield, CT 06002<br>Account No. 2383 | $1,922.07 |
| 00030 | Collector of Revenue<br>c/o Glenn Green<br>901 St. Louis, 20th Fllor<br>Springfield, MO 65806<br>Account No. 12-045-434 | $177.92 |
| | **Total:** | **$2,099.99** |

WHEREFORE, the Trustee requests an Order of the Court to deposit funds into the Court Registry as listed above.

/s/ Dan Nelson
Dan Nelson, Trustee
PO Box 4288
Springfield, MO 65808-4288
(417) 886-2000 FAX 886-9126

SPFDDOCS 190088v1

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid to the creditor(s) as listed above on this 17th day of October, 2004.

           /s/ Dan Nelson
           Dan Nelson